UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

GLORIA I. LONDONO,                          08CV2648(AKH)

                           Plaintiff(s),    **NOTICE OF APPEARANCE**

     -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                           Defendants.

    **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            April 24, 2008

                                                         Yours etc.,

                                                         HARRIS BEACH PLLC
                                                         *Attorneys for Defendant*
                                                         **CENTURY 21, INC., BLUE**
                                                         **MILLENNIUM REALTY LLC**

                                                         _____/s/_____
                                                         Stanley Goos, Esq. (SG-7062)
                                                         100 Wall Street
                                                         New York, NY  10005
                                                         212 687-0100
                                                         212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)