UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER MANHATTAN
DISASTER SITE LITIGATION

------------------------------------------------------------------------x

GLORIA A. LONDONO                                    Docket: 08CV2648

        Plaintiff(s),                                    NOTICE OF ADOPTION

                                                         1:21-MC-00102-AKH

      -against-

80 LAFAYETT ASSOCIATES, LLC, et al.

        Defendants.
------------------------------------------------------------------------x

    PLEASE TAKE NOTICE that Defendant MAYORE ESTATES, LLC as and for its response to the allegations set forth in the Complaint by adoption or Check-Off Complaint related to the Master Complaint filed herein and applicable to the above captioned matter hereby adopts all of the responses, jury demands and all of the affirmative defenses contained in the Answer, or any Amended Answers, to the Master Complaint dated, filed and served August 2, 2007, In Re World Trade Center Lower Manhattan Disaster Site Litigation.

    WHEREFORE, the answering defendant herein demands judgement dismissing the above captioned matter against it along with costs and disbursements of this action.

Dated: New York, New York
       May 27, 2008

                                    Yours, etc.

                                    Maloof, Lebowitz, Connahan & Oleske
                                    By:_____
                                    Charles J. Gayner, Esq. (4734)

                    Attorneys for Mayore Estates LLC
                    299 Broadway, Suite 1610
                    New York, New York 10007
                    212-233-9604
                    Our File: 35151-3

TO:    All Counsel