Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
B.R. FRIES & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

GLORIA I. LONDONO,                                                Index No.: 08-CV-2648

                        Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
                                                                  TO MASTER COMPLAINT**

    -against-

                                           **ELECTRONICALLY FILED**

80 LAFAYETTE ASSOCIATES, LLC, *et al.*,

                        Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, B.R. FRIES & ASSOCIATES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendant, B.R. FRIES & ASSOCIATES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      June 13, 2008

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    B.R. FRIES & ASSOCIATES, INC.

                                    By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel