Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES,
INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

GLORIA I. LONDONO,                                          Index No.: 08-CV-2648

                          Plaintiff(s),            **NOTICE OF ADOPTION OF ANSWER
                                                   TO MASTER COMPLAINT**

       -against-
                                                   **ELECTRONICALLY FILED**

80 LAFAYETTE ASSOCIATES, LLC, *et al.*,

                          Defendant(s).
-------------------------------------------------------X

       PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT

SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to

the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the

Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master

Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center*

*Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC.,

demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
        June 19, 2008

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    GRUBB & ELLIS MANAGEMENT SERVICES,
                                    INC.

                                    By:
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel